UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOVELL II,<br><br>Plaintiff,<br><br>v.<br><br>N. WAKABAYASHI, et al.,<br><br>Defendants. | No. 2:19-cv-1555 JAM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed pursuant to 42 U.S.C. § 1983, which challenges conditions of his prior confinement in the Solano County Jail. This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

By order filed September 25, 2019, this court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims against defendants Guzman, Greiner and Wakabayashi, but not against a nurse identified only as "Claudine." See ECF No. 8 at 4-6. The court provided plaintiff the options of (1) proceeding on his original complaint against all of the defendants except Claudine, or (2) filing a First Amended Complaint. Plaintiff has chosen to proceed on his original complaint only against defendants Guzman, Greiner and Wakabayashi. See ECF No. 11.

////

Accordingly, IT IS HEREBY RECOMMENDED that defendant "Claudine," a certified nurse at the Solano County Jail, be dismissed from this action without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 15, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOVELL II,<br><br>    Plaintiff,<br><br>    v.<br><br>N. WAKABAYASHI, et al.,<br><br>    Defendants. | No. 2:19-cv-1555 JAM AC P<br><br>NOTICE OF ELECTION |

In compliance with the court's order filed _____, plaintiff elects to:

_____ **Proceed on his original complaint against defendants Guzman, Greiner and Wakabayashi, for whom the following service documents are submitted herewith:**

    _____ One (1) completed summons form
    _____ Three (3) completed USM-285 forms (one for each defendant)
    _____ Four (4) copies of the endorsed original complaint

**OR**

_____ **Proceed on a First Amended Complaint (FAC), submitted herewith.**

_____    _____
Date                                                                           Plaintiff