1

2                        UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5 DAVID ANTHONY LOVELL II,          No. 2:19-cv-1555 JAM AC P

6            Plaintiff,

7     v.                         ORDER

8 N. WAKABAYASHI, et al.,

9            Defendants.

10

11        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

12 under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to

13 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

14        On November 18, 2019, the magistrate judge filed findings and recommendations herein

15 which were served on plaintiff and which contained notice to plaintiff that any objections to the

16 findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has

17 not filed objections to the findings and recommendations.

18        The court has reviewed the file and finds the findings and recommendations to be

19 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

20 ORDERED that:

21        1. The findings and recommendations filed November 18, 2019 are adopted in full; and

22        2. Defendant "Claudine," a certified nurse at the Solano County Jail, is dismissed from

23 this action without prejudice.

24
25 DATED: December 11, 2019

26                         /s/ John A. Mendez_____ _____

27                       UNITED STATES DISTRICT COURT JUDGE

28