DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
HARSH Y. RONVELIA (SBN 319667)
hronvelia@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
NEIL WAKABAYASHI, ENRIQUE GUZMAN, and JOHN GREINER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOVELL II,<br><br>           Plaintiffs,<br><br>     v.<br><br>N. WAKABAYASHI, et al.,<br><br>           Defendants. | Case No. 2:19-cv-1555 JAM AC P<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiff and through the defendants' attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.


DATED:  June 5, 2020                                    PRO SE



                                                        By:  /s/_____
                                                             DAVID ANTHONY LOVELL II
                                                             PRO SE

1

STIPULATION AND ORDER FOR DISMISSAL
2:19-cv-1555 JAM AC P

4837-5472-5823

DATED: June 5, 2020					SELMAN BREITMAN LLP


						By:	/s/ *Danielle K. Lewis*
							DANIELLE K. LEWIS
							HARSH Y. RONVELIA
							Attorneys for Defendants
							NEIL WAKABAYASHI, ENRIQUE
							GUZMAN, and JOHN GREINER

## ORDER

IT IS SO ORDERED.


Dated:  6/8/2020				/s/ John A. Mendez
						Hon. John A. Mendez
						United States District Judge
						Eastern District of California